IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Avant, Lakeisha R

Printed: 1/29/08

Case Number: 07 B 17667
Judge: Wedoff, Eugene R
Filed: 9/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,500.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 22,348.00 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 57,422.64 | 0.00 |
| 8. | Chase Home Finance | Secured | 17,424.75 | 0.00 |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Harris & Harris | Unsecured |  | No Claim Filed |
| 11. | Oxford Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 99,695.39 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Avant, Lakeisha R | Case Number:  07 B 17667 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  9/27/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_